Samuel B. Rudolph (CA State Bar No. 161149)
LAW OFFICE OF SAMUEL B. RUDOLPH
22762 Main Street
Hayward, California 94541
Telephone: (510) 886-4876
Facsimile:  (510) 538-7186
Email:    srudolph1@sbcglobal.net

Attorney for Plaintiff
FRED R. MASSIE


Stuart W. Miller (CA State Bar No. 127766)
Michelle D. Fife (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        stuartmiller@dwt.com
              michellefife@dwt.com

Attorneys for Defendant
BONNEVILLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED R. MASSIE, | Case No. 06-1568 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| BONNEVILLE INTERNATIONAL CORPORATION, DOES 1 through 50 inclusive, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Early Neutral Evaluation (ENE) (ADR L.R.5)

The parties agree to hold the ADR session by:  September 29, 2006

DATED:  July 18, 2006					LAW OFFICE OF SAMUEL B. RUDOLPH

							By:  _____/s/ Samuel B. Rudolph_____
							          SAMUEL B. RUDOLPH

							Attorney for Plaintiff FRED R. MASSIE

DATED:  July 18, 2006					DAVIS WRIGHT TREMAINE LLP
							STUART W. MILLER
							MICHELLE D. FIFE

							By:  _____/s/ Stuart W. Miller_____
							          STUART W. MILLER

							Attorneys for Defendant BONNEVILLE
							INTERNATIONAL CORPORATION

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ENE session is September 29, 2006

IT IS SO ORDERED.

DATED: July _24_, 2006

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signature and seal, United States District Court, Northern District of California)*

DAVIS WRIGHT TREMAINE LLP

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS				SFO 340266v1 41850-41
Case No. 06-1568 PJH

2