Samuel B. Rudolph (CA State Bar No. 161149)
LAW OFFICE OF SAMUEL B. RUDOLPH
22762 Main Street
Hayward, California 94541
Telephone: (510) 886-4876
Facsimile:  (510) 538-7186
Email:     srudolph1@sbcglobal.net

Attorney for Plaintiff
FRED R. MASSIE


Stuart W. Miller (CA State Bar No. 127766)
Michelle D. Fife (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        stuartmiller@dwt.com
              michellefife@dwt.com

Attorneys for Defendant
BONNEVILLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED R. MASSIE, | Case No. 06-1568 PJH |
| Plaintiff, | **STIPULATION AND [P~~ROPOSE~~D]** |
| | **ORDER REGARDING DATE FOR** |
| v. | **COMPLETING EARLY NEUTRAL** |
| | **EVALUATION PROCESS** |
| BONNEVILLE INTERNATIONAL CORPORATION, DOES 1 through 50 inclusive, | |
| Defendants. | |

On July 24, 2006, the Court entered a Stipulation and Order Selecting ADR Process, referring this matter to Early Neutral Evaluation (ENE) and stating that the "Deadline for ENE session is September 29, 2006." The Court held a Case Management Conference in this matter on July 27, 2006. Subsequently, Dirk M. Schenkkan, Esq. was appointed as the Early Neutral

1

Evaluator. Mr. Schenkkan held a telephone conference with counsel for the parties on August 10, 2006 to schedule the ENE and discuss related matters. Based on the schedules of the parties, counsel and the Evaluator, the first available date for the ENE is October 10, 2006, beyond the September 29, 2006 deadline stated in the Stipulation and Order Selecting ADR Process. However, the October 10, 2006 date falls well within the 90 day period after the initial July 27, 2006 Case Management Conference, under ADR Local Rule 5-4(b), for conducting the ENE. ADR Local Rule 5-4(b) states: "(b) Deadline for Conducting Session. Unless otherwise ordered, the ENE session shall be held within 90 days after the initial Case Management Conference or the issuance of the initial case management order, whichever occurs first." No case management order has been issued by the Court.

Consequently, the parties request that the Court hereby amend the July 24, 2006 Stipulation and Order Selecting ADR process so that the parties may conduct the ENE on October 10, 2006 and, if necessary, complete the ENE process by October 25, 2006, within 90 days of the July 17, 2006 Case Management Conference in compliance with ADR Local Rule 5-4(b).

DATED: August 10, 2006　　　　LAW OFFICE OF SAMUEL B. RUDOLPH

By: _____/s/ Samuel B. Rudolph_____
　　　SAMUEL B. RUDOLPH
Attorney for Plaintiff FRED R. MASSIE

DATED: August 10, 2006　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　　　　　STUART W. MILLER

By: _____/s/ Stuart W. Miller_____
　　　STUART W. MILLER
Attorneys for Defendant BONNEVILLE INTERNATIONAL CORPORATION

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the parties may conduct the Early Neutral Evaluation (ENE) on October 10, 2006 and complete the ENE process on or before October 25, 2006, in compliance with ADR Local Rule 5-4(b).

IT IS SO ORDERED.

DATED: August __14__, 2006　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*