Samuel B. Rudolph (CA State Bar No. 161149)
LAW OFFICE OF SAMUEL B. RUDOLPH
22762 Main Street
Hayward, California 94541
Telephone: (510) 886-4876
Facsimile:  (510) 538-7186
Email:     srudolph1@sbcglobal.net

Attorney for Plaintiff
FRED R. MASSIE


Stuart W. Miller (CA State Bar No. 127766)
Michelle D. Fife (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        stuartmiller@dwt.com
              michellefife@dwt.com

Attorneys for Defendant
BONNEVILLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED R. MASSIE, | Case No. 06-1568 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM EARLY NEUTRAL EVALUATION PROGRAM AND REASSIGNING CASE TO MEDIATION** |
| v. | |
| BONNEVILLE INTERNATIONAL CORPORATION, DOES 1 through 50 inclusive, | |
| Defendants. | |

On July 24, 2006, the Court entered a Stipulation and Order Selecting ADR Process, referring this matter to Early Neutral Evaluation (ENE).  The Court held a Case Management Conference in this matter on July 27, 2006.  Subsequently, Dirk M. Schenkkan, Esq. was appointed as the Early Neutral Evaluator.  Mr. Schenkkan held a telephone conference with

1

1  counsel for the parties on August 10, 2006 to schedule the ENE and discuss related matters.  On
2  August 14, 2006, the Court issued a further Stipulation and Order Regarding Date for Completing
3  Early Neutral Evaluation Process, which ordered that the parties may conduct the ENE on October
4  10, 2006 and complete the ENE process by October 25, 2006.

5  During the August 10, 2006 conference call with Mr. Schenkkan, counsel for the parties
6  requested that the ENE be converted to a mediation.  Mr. Schenkkan so agreed, and thereafter
7  notified the ADR Case Administrator, Claudia Forehand, of that agreement.  By email of August
8  22, 2006, Ms. Forehand requested that counsel notify the Court of their intentions and file a
9  stipulation and proposed order removing the case from the ENE program and reassigning the case
10 to mediation under the ADR Local Rules.

11 Consequently, the parties request that the Court remove the case from the ENE program
12 and reassign it to mediation under the ADR Local Rules, such mediation to be conducted by Dirk
13 M. Schenkkan, Esq. on October 10, 2006 and completed, if necessary, by October 25, 2006.

DATED:  August 22, 2006        LAW OFFICE OF SAMUEL B. RUDOLPH

                               By:  /s/ Samuel B. Rudolph
                                    SAMUEL B. RUDOLPH
                               Attorney for Plaintiff FRED R. MASSIE

DATED:  August 22, 2006        DAVIS WRIGHT TREMAINE LLP
                               STUART W. MILLER

                               By:  /s/ Stuart W. Miller
                                    STUART W. MILLER
                               Attorneys for Defendant BONNEVILLE
                               INTERNATIONAL CORPORATION

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, this action is hereby removed from the ENE program and reassigned to mediation pursuant to the ADR Local Rules, such mediation to be conducted by Dirk Schenkkan, Esq. on October 10, 2006 and completed, if necessary, by October 25, 2006.

IT IS SO ORDERED.

DATED:  August 29, 2006
                               _____
                               HONORABLE PHYLLIS J. HAMILTON
                               UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

DAVIS WRIGHT TREMAINE LLP