1   Samuel B. Rudolph [CA State Bar No. 161149]
    LAW OFFICE OF SAMUEL B. RUDOLPH
2   22762 Main Street
    Hayward, California   94541
3   Telephone: [510] 886-4876
    Facsimile:  [510] 538-7186
4   Email:       srudolph1@sbcglobal.net

5   Attorney for Plaintiff
    FRED R. MASSIE
6
    Stuart W. Miller [CA State Bar No. 127766]
7   Michelle D. Fife [CA State Bar No. 240554]
    DAVIS WRIGHT TREMAINE LLP
8   505 Montgomery Street, Suite 800
    San Francisco, California 94111-6533
9   Telephone:    [415] 276-6500
    Facsimile:     [415] 276-6599
10  Email:        stuartmiller@dwt.com
                  michellefife@dwt.com
11
    Attorneys for Defendant
12  BONNEVILLE INTERNATIONAL CORPORATION

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18  FRED R. MASSIE,                        Civil No.      06 - 1568 PJH

19                      Plaintiff,         **STIPULATION AND [PROPOSED]
                                           ORDER REGARDING DATE FOR
20                                         RESCHEDULED MEDIATION**

21          vs.

22  BONNEVILLE INTERNATIONAL,
    CORPORATION, DOES 1 through 50
23  inclusive

24                      Defendants.
    _____/
25

26

27

28  STIPULATION AND [PROPOSED] ORDER RE ADR/MEDIATION DATE   Case No. 06-1568 PJH      1

1    On 29 August 2006, the Court entered a Stipulation and Order removing this action from

2  ENE and reassigning it to mediation pursuant to the ADR Local Rules, with mediation to be

3  conducted  by Dirk M. Schenkkan, Esq. on 10 October 2006 and completed by 25 October 2006.

4    Since then, Plaintiff Massie has faced an urgent family situation involving the diagnosed

5  terminal illness of his mother.  The circumstances of Plaintiff Massie's emergency situation now

6  present a conflict with the assigned mediation date, currently scheduled for 10 October 2006, and

7  compel a further rescheduling of the mediation.  Counsel, the parties and the mediator have now

8  agreed to reschedule the mediation to Monday, 30 October 2006.

9    Consequently, the parties request that the Court hereby amend the 29 August 2006

10 Stipulation and Order to reflect that the parties may conduct the mediation on 30 October 2006.

11 Counsel recognize that this date extends beyond the 90 days completion deadline, for compliance

12 with ADR Local Rule 6-4(b), and respectfully request that the Court permit the parties to proceed

13 with mediation on 30 October 2006 in view of the extenuating circumstances indicated herein.

14 Dated: 22 September 2006

15                                                        LAW OFFICE OF SAMUEL B. RUDOLPH

16                                                        By___ /s/ Samuel B. Rudolph_____
                                                              Samuel B. Rudolph
17                                                            Attorney for Plaintiff
                                                              FRED R. MASSIE
18
                                                          DAVIS WRIGHT TREMAINE, LLP
19
                                                          By _____/s/Stuart W. Miller_____
20                                                            Stuart W. Miller
                                                              Attorneys for Defendant
21                                                            BONNEVILLE INTERNATIONAL
                                                              CORPORATION
22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER RE ADR/MEDIATION DATE    Case No. 06-1568 PJH    2

1

**[~~PROPOSED~~] ORDER**

2       Pursuant to the Stipulation above, the parties may conduct the ADR/Mediation on

3   Monday, 30 October 2006.

4   IT IS SO ORDERED.

5   Dated: __September 29_____, 2006

6                                             HONORABLE _____ HAMILTON
                                              U.S. DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER RE ADR/MEDIATION DATE   Case No. 06-1568 PJH   3