1 | Samuel B. Rudolph [CA State Bar No. 161149]
  | LAW OFFICE OF SAMUEL B. RUDOLPH
2 | 22762 Main Street
  | Hayward, California 94541
3 | Telephone: [510] 886-4876
  | Facsimile: [510] 538-7186
4 | Email: srudolph1@sbcglobal.net

5 | Attorneys for Plaintiff
  | FRED R. MASSIE

6

7 | Stuart W. Miller [CA State Bar No. 127766]
  | Michelle D. Fife [CA State Bar No. 240554]
  | DAVIS WRIGHT TREMAINE LLP
8 | 505 Montgomery Street, Suite 800
  | San Francisco, California 94111-6533
9 | Telephone: [415] 276-6500
  | Facsimile: [415] 276-6599
10 | Email: stuartmiller@dwt.com
  | michellefife@dwt.com

11 | Attorneys for Defendant
12 | BONNEVILLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED R. MASSIE, | Civil No.   06 - 1568 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | AND ORDER |
| BONNEVILLE INTERNATIONAL, CORPORATION, DOES 1 through 50 inclusive | |
| Defendants. | |

STIPULATION OF DISMISSAL        Case No. 06-1568 PJH        1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 15 November, 2006

LAW OFFICE OF SAMUEL B. RUDOLPH

By: *(signature)*
SAMUEL B. RUDOLPH
Attorney for Plaintiff
Fred R. Massie

Dated: November 16, 2006

DAVIS WRIGHT TREMAINE LLP

By: *(signature)*
STUART W. MILLER
Attorney for Defendant
Bonneville International Corporation

2/14/07

*IT IS SO ORDERED*
*(signature)*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL          Case No: 06-1568 PJH          2